# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Christine A. Guerra

                Plaintiff,

v.                                        Case No.: 1:16−cv−09333

                                                  Honorable Michael T. Mason

N.T.B., Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 30, 2018:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 8/30/18. The parties were able to reach an agreement to settle the case. Status hearing set for 10/9/2018 at 10:00 a.m. Should the parties file their Joint Stipulation of Dismissal prior to 10/9/18, no appearance will be necessary on that date. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.